**<u>ATTACHMENT</u>**

## Finch Therapeutics Group, Inc., *et al.*

MOR Attachment - Consolidated March 2026 Financial Statements [1]

| BALANCE SHEET | | |
|---|---|---|
| | | **03/31/2026** |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ | 3,569,376 |
| Prepaid expenses and other current assets | | 1,836,944 |
| Total current assets | | 5,406,320 |
| Restricted cash, non-current | | 2,278,715 |
| **Total assets** | $ | **7,685,035** |
| **Liabilities and Stockholders' (Deficit) Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ | 191,309 |
| Accrued expenses and other current liabilities | | 575,523 |
| Operating lease liabilities, current | | 5,245,279 |
| Total current liabilities | | 6,012,111 |
| Operating lease liabilities, non-current | | 21,114,307 |
| Total liabilities | | 27,126,418 |
| Stockholders' (deficit) equity: | | |
| Common stock | | 1,605 |
| Additional paid-in capital | | 373,403,764 |
| Accumulated deficit | | (392,846,752) |
| Total stockholders' (deficit) equity | | (19,441,383) |
| **Total liabilities and stockholders' equity** | $ | **7,685,035** |

| INCOME STATEMENT | | |
|---|---|---|
| | | **3/31/2026** |
| Operating expenses: | | |
| General and administrative | | (35,965) |
| Interest income, net | | (19) |
| **Net Income / (loss)** | $ | **35,984** |

[1] Internal financial statements prepared by debtors on US GAAP Basis.

**Finch Therapeutics Group, Inc.,** *et al.*
Bank Activity Detail

| Debtor | Case No. | Financial Institution | Acct # | Transaction Date | Description | Transaction Category | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Finch Therapeutics Group, Inc. | 26-10409 | | | | *No Bank Account(s) / Activity* | | | | |
| | | | | | | | $ - | $ - | $ - |
| Finch Therapeutics, Inc. | 26-10410 | Silicon Valley Bank | x6106 | 03/31/26 | Interest Payment | Interest | 0 | - | 10,000 |
| Finch Therapeutics, Inc. | 26-10410 | Silicon Valley Bank | x6106 | 03/31/26 | Internal transfer | Transfer to SVB x9477 | - | 0 | 10,000 |
| | | | | | | | $ 0 | $ 0 | $ 10,000 |
| Finch Therapeutics, Inc. | 26-10410 | JPMorgan Chase | x0838 | 03/27/26 | Voided Payment | Deposit | 55,479 | - | 3,567,511 |
| Finch Therapeutics, Inc. | 26-10410 | JPMorgan Chase | x0838 | 03/31/26 | FCNB Procurement | Deposit | 11 | - | 3,567,523 |
| Finch Therapeutics, Inc. | 26-10410 | JPMorgan Chase | x0838 | 03/31/26 | Internal transfer | Transfer to SVB x9477 | - | 20,000 | 3,547,523 |
| | | | | | | | $ 55,491 | $ 20,000 | $ 3,547,523 |
| Finch Therapeutics, Inc. | 26-10410 | Silicon Valley Bank | x9477 | 03/26/26 | Silicon Valley Bank | OpEx | - | 842 | 2,058 |
| Finch Therapeutics, Inc. | 26-10410 | Silicon Valley Bank | x9477 | 03/26/26 | Silicon Valley Bank | Interest | - | 205 | 1,854 |
| Finch Therapeutics, Inc. | 26-10410 | Silicon Valley Bank | x9477 | 03/31/26 | Internal transfer | Transfer from SVB x6106 | 0 | - | 1,854 |
| Finch Therapeutics, Inc. | 26-10410 | Silicon Valley Bank | x9477 | 03/31/26 | Internal transfer | Transfer from SVB x0838 | 20,000 | - | 21,854 |
| | | | | | | | $ 20,000 | $ 1,047 | $ 21,854 |
| Finch Therapeutics, Inc. | 26-10410 | Silicon Valley Bank | x9197 | 03/31/26 | Interest Payment | Interest | 19 | - | 2,268,715 |
| | | | | | | | $ 19 | $ - | $ 2,268,715 |
| Finch Therapeutics Holdings, LLC | 26-10411 | | | | *No Bank Account(s) / Activity* | | | | |
| | | | | | | | $ - | $ - | $ - |
| Finch Research & Development, LLC | 26-10412 | | | | *No Bank Account(s) / Activity* | | | | |
| | | | | | | | $ - | $ - | $ - |
| | | | | | | **GRAND TOTAL - March 2026** | $ 75,510 | $ 21,047 | $ 5,848,091 |
| | | | | | | *Less: Internal transfers* | $ (20,000) | $ (20,000) | |
| | | | | | | | $ 55,510 | $ 1,047 | $ 5,848,091 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Finch Therapeutics Group, Inc., *et al.*,[1] | Case No. 26-10409 (LSS) |
| Debtors. | (Jointly Administered) |

### General Notes to the Monthly Operating Report

On March 22, 2026 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 26, 2026, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 27] authorizing joint administration and procedural consolidation of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

The Debtors are filing this Monthly Operating Report ("MOR") solely for the purposes of complying with the monthly operating reporting requirements applicable in the Debtors' chapter 11 cases. The financial and supplemental information contained in the MOR is presented on a preliminary and unaudited basis, remains subject to future adjustments, and may not comply in all material respects with generally accepted accounting principles in the United States of America ("GAAP") or International Financial Reporting Standards ("IFRS"). This MOR should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Debtors. The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP or IFRS. The information furnished in this report may include normal recurring adjustments, but may not include all adjustments that would typically be made for financial statements prepared in accordance with GAAP or IFRS. The preparation of the MOR required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities at month end, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

The Debtors reserve all rights to amend or supplement this MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Finch Therapeutics Group, Inc. (3558); Finch Therapeutics, Inc. (3711); Finch Therapeutics Holdings LLC (0727); and Finch Research and Development LLC (9205). The Debtors' service address is 75 State Street, Suite 100, Boston, MA 02109.