**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Finch Therapeutics Group, Inc., *et al.*,[1] | Case No. 26-10409 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 256 and 289** |

**NOTICE OF FILING OF MODIFIED FIRST AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF FINCH THERAPEUTICS GROUP, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT** on July 6, 2026, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Combined Disclosure Statement and Joint Chapter 11 Plan of Finch Therapeutics Group, Inc. and Its Debtor Affiliates* [D.I. 256] (as may be amended, supplemented, or modified from time to time, the "Combined Disclosure Statement and Plan").

**PLEASE TAKE FURTHER NOTICE THAT** on July 22, 2026, the Debtors filed the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Finch Therapeutics Group, Inc. and Its Debtor Affiliates* [D.I. 289] (as may be amended, supplemented, or modified from time to time, the "First Amended Combined Disclosure Statement and Plan").

**PLEASE TAKE FURTHER NOTICE THAT** at the hearing held on July 24, 2026, the Debtors received comments from the Court on the First Amended Combined Disclosure Statement and Plan.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Finch Therapeutics Group, Inc. (3558); Finch Therapeutics, Inc. (3711); Finch Therapeutics Holdings LLC (0727); and Finch Research and Development LLC (9205).  The Debtors' service address is 75 State Street, Suite 100, Boston, MA 02109.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors have addressed the Courts' comments and have incorporated them in the modified First Amended Combined Disclosure Statement and Plan, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** a comparison between the modified First Amended Combined Disclosure Statement and Plan and the version of the First Amended Combined Disclosure Statement and Plan filed on July 22, 2026 is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the modified  First Amended Combined Disclosure Statement and Plan is available for review without charge at the website maintained by Omni Agent Solutions, Inc., https://omniagentsolutions.com/FinchTherapeutics.

Dated:  July 24, 2026
        Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*
Robert A. Weber (No. 4013)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
E-mail: weber@chipmanbrown.com
      bach@chipmanbrown.com
      maser@chipmanbrown.com
-and-

**CHIPMAN BROWN CICERO & COLE, LLP**
Daniel G. Egan (admitted *pro hac vice*)
420 Lexington Avenue, Suite 442
New York, New York 10170
Telephone: (646) 741-5529
E-mail: egan@chipmanbrown.com

-and-

**ROPES & GRAY LLP**
Cristine Pirro Schwarzman (admitted *pro hac vice*)
Cameron J. Cavalier (admitted *pro hac vice*)
1211 Avenue of the Americas

- 3 -

New York, New York 10036
Telephone: (212) 596-9000
E-mail: cristine.schwarzman@ropesgray.com
         cameron.cavalier@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*

# EXHIBIT A

**First Amended Combined Disclosure Statement and Plan**

## <u>EXHIBIT B</u>

**Redline**